Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  24−12670−RG
                                        Chapter:  13
                                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gisselle D. Pascal Debaez
    aka Gisselle D. DeBaez, aka Gisselle
    Pascal−Baez, aka Gisselle Denisse Pascal
    Melo
    36 Lake Street
    East Orange, NJ 07017

Social Security No.:
   xxx−xx−0101

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     8/7/24
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
$4,762.50

EXPENSES
$432.83

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 9, 2024
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 24-12670-RG
Gisselle D. Pascal Debaez                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jul 09, 2024  Form ID: 137  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gisselle D. Pascal Debaez, 36 Lake Street, East Orange, NJ 07017-1704 |
| 520191177 | + | First Atlantic Federal Credit Union, 100 Monmouth Park, West Long Bran, NJ 07764-1462 |
| 520191181 | | PNC Bank, K A16 2j, Kalamazoo, MI 49009 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 09 2024 20:54:48 | Capital One Auto Finance, A Division of Capital On, AIS Portfolio Services LP, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 520191173 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 09 2024 20:31:00 | Barclays Bank Delaware, Po Box 26182, Wilmington, DE 19899-6182 |
| 520191174 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 09 2024 20:43:45 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 520195149 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 09 2024 20:43:48 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520265025 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 09 2024 20:43:29 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520191175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 09 2024 20:54:52 | Capital One Financial Corp., 11013 W Broad Street, Glen Allen, VA 23060-6017 |
| 520191176 | | Email/Text: mrdiscen@discover.com | Jul 09 2024 20:30:00 | Discover Financial Services, Pob 15316, Wilmington, DE 19850 |
| 520195940 | | Email/Text: mrdiscen@discover.com | Jul 09 2024 20:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520191178 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 09 2024 20:31:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520255903 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2024 20:43:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520191179 | | Email/Text: camanagement@mtb.com | Jul 09 2024 20:31:00 | M & T Bank, Pob 767 8, Buffalo, NY 14240 |
| 520266004 | | Email/Text: camanagement@mtb.com | Jul 09 2024 20:31:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520191180 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 09 2024 20:31:00 | Nelnet Inc., 3015 Parker Rd, Aurora, CO |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: 137 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | 80014-2904 |
| 520255660 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 09 2024 20:30:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520256695 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2024 20:43:53 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520191182 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 09 2024 20:30:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520191183 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2024 21:05:57 | Synchrony Bank/Amazon, Po Box 981432, El Paso, TX 79998-1432 |
| 520191184 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2024 20:44:03 | Synchrony Bank/TJX Rewards, Po Box 965015, Orlando, FL 32896-5015 |
| 520212198 | + Email/Text: electronicbkydocs@nelnet.net | Jul 09 2024 20:31:00 | US Department of Education c/o Nelnet, 121 S 13th St, 121 S 13th St, NE 68508-1904 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:

**Name** — **Email Address**

Denise E. Carlon
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jamal J Romero
on behalf of Debtor Gisselle D. Pascal Debaez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4