SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  GISSELLE D. PASCAL DEBAEZ
36 LAKE STREET
EAST ORANGE,  NJ  07017

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-12670

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/17/2024 | $700.00 | | 05/17/2024 | $700.00 | |
| 06/18/2024 | $700.00 | | 07/17/2024 | $700.00 | |
| 08/19/2024 | $700.00 | | 09/18/2024 | $700.00 | |
| 10/17/2024 | $700.00 | | 11/19/2024 | $700.00 | |
| 12/18/2024 | $700.00 | | | | |

**Total Receipts: $6,300.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $6,300.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 09/16/2024 | $496.87 | 933,388 | 10/21/2024 | $1,160.03 | 934,790 |
| | 12/16/2024 | $576.95 | 937,657 | | | |
| M&T BANK | | | | | | |
| | 09/16/2024 | $69.80 | 933,020 | 10/21/2024 | $162.97 | 934,382 |
| | 12/16/2024 | $81.05 | 937,255 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 441.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,695.33 | 100.00% | 2,695.33 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,567.26 | 100.00% | 0.00 | 6,567.26 |
| 0002 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 7,149.14 | 100.00% | 2,810.80 | 4,338.34 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,192.18 | 100.00% | 0.00 | 4,192.18 |
| 0004 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 9,216.29 | 100.00% | 0.00 | 9,216.29 |
| 0005 | FIRST ATLANTIC FEDERAL CREDIT UNIO | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | M&T BANK | (NEW) Prepetition A | 1,004.36 | 100.00% | 394.87 | 609.49 |
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 13,074.94 | 100.00% | 0.00 | 13,074.94 |

**Chapter 13 Case # 24-12670**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0009 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 7,582.06 | 100.00% | 0.00 | 7,582.06 |
| 0010 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 11,655.68 | 100.00% | 0.00 | 11,655.68 |

**Total Paid: $6,342.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $6,300.00    -    Paid to Claims: $3,205.67    -    Admin Costs Paid: $3,136.33    =    Funds on Hand: $658.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.