**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

January 28, 2025

Re: Standing Trustee's Notice of Distribution
Case No: 24-12670

On July 23, 2024 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 28, 2025

**Chapter 13 Case # 24-12670**

Atty:    SCURA WIGFIELD HEYER & STEVEN

Re:      GISSELLE D. PASCAL DEBAEZ
         36 LAKE STREET
         EAST ORANGE, NJ  07017

PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/17/2024 | $700.00 | | 05/17/2024 | $700.00 | |
| 06/18/2024 | $700.00 | | 07/17/2024 | $700.00 | |
| 08/19/2024 | $700.00 | | 09/18/2024 | $700.00 | |
| 10/17/2024 | $700.00 | | 11/19/2024 | $700.00 | |
| 12/18/2024 | $700.00 | | 01/17/2025 | $700.00 | |

**Total Receipts: $7,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 441.00 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,695.33 | 100.00% | 2,695.33 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,567.26 | 100.00% | 0.00 | 6,567.26 |
| 0002 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 7,149.14 | 100.00% | 2,810.80 | 4,338.34 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,192.18 | 100.00% | 0.00 | 4,192.18 |
| 0004 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 9,216.29 | 100.00% | 0.00 | 9,216.29 |
| 0005 | FIRST ATLANTIC FEDERAL CREDIT UNIO | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | M&T BANK | (NEW) Prepetition A | 1,004.36 | 100.00% | 394.87 | 609.49 |
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 13,074.94 | 100.00% | 0.00 | 13,074.94 |
| 0009 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 7,582.06 | 100.00% | 0.00 | 7,582.06 |
| 0010 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 11,655.68 | 100.00% | 0.00 | 11,655.68 |

**Total Paid:  $6,342.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | | |
| | 09/16/2024 | $496.87 | 933388 | | 10/21/2024 | $1,160.03 | 934790 |
| | 12/16/2024 | $576.95 | 937657 | | 01/13/2025 | $576.95 | 939101 |
| M&T BANK | | | | | | | |
| | 09/16/2024 | $69.80 | 933020 | | 10/21/2024 | $162.97 | 934382 |
| | 12/16/2024 | $81.05 | 937255 | | 01/13/2025 | $81.05 | 938685 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 28, 2025.

Receipts: $7,000.00    -    Paid to Claims: $3,205.67    -    Admin Costs Paid: $3,136.33    =    Funds on Hand: $658.00

Unpaid Balance to Claims: $57,236.24    +    Unpaid Trustee Comp: $3,653.38    =    Total Unpaid Balance: **$60,231.62

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.