UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SALDUTTI LAW GROUP
Thomas B. O'Connell, Esq.
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 779-0300
Attorney for First Atlantic Federal Credit Union

| | |
|---|---|
| IN RE: | : CASE NUMBER: 24-12670-MEH |
| | : |
| GISSELLE D. PASCAL DEBAEZ | : |
| | : CHAPTER 13 |
| Debtor. | : |
| | : |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of First Atlantic Federal Credit Union. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Saldutti Law Group
Thomas B. O'Connell, Esq.
1040 N. Kings Highway
Ste 100
Cherry Hill, New Jersey 08034
Email: toconnell@slgcollect.com

SALDUTTI LAW GROUP

*/s/ Thomas B. O'Connell*
THOMAS B. O'CONNELL, ESQ.

Dated: July 7, 2025