| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on August 20, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for First Atlantic Federal Credit Union | |
| In Re:<br><br>Gisselle D. Pascal DeBaez,<br><br>                     Debtor. | Case No.: 24-12670-TBA<br><br>Chapter: 13<br><br>Hrg Date: August 20, 2025 at 10:00AM<br><br>Judge: TBA |

## ORDER ALLOWING LATE CLAIM

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 20, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Gisselle D. Pascal DeBaez
Case No. 25-12670-TBA
Caption of Order: Order Allowing Late Claim

This matter having come before the Court upon the Motion of First Atlantic Federal Credit Union ("First Atlantic") to allow First Atlantic to file a proof of claim in this case after the claims bar date; the Court having reviewed the Motion and any responses filed there, and heard oral argument, if any; now therefore;

It is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that First Atlantic shall file a secured proof of claim within fourteen (14) days after entry of this Order, and such claim shall be deemed timely filed.

It is further ORDERED that, upon the filing of the claim as set forth above, the Chapter 13 Trustee shall pay the Claim in accordance with the terms of the confirmed plan and the U.S. Bankruptcy Code as though the claim had been filed timely.