**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

GISSELLE D. PASCAL DEBAEZ,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  **24-12670 TBA**

## NOTICE OF RESERVE ON CLAIM

Creditor:          CAPITAL ONE AUTO FINANCE
Trustee Claim #:    2
Court Claim #:     7
Claimed Amount:   $7,149.14
Date Claim Filed:  05/21/2024

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Creditor is returning funds without explanation. If funds are no longer owed, amended claim or withdrawal should be filed with Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  September 24, 2025

By:   /S/  Marie-Ann Greenberg
        Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

GISSELLE D. PASCAL DEBAEZ
36 LAKE STREET
EAST ORANGE, NJ    07017

SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ    07470

CAPITAL ONE AUTO FINANCE
3901 DALLAS PKWY
PLANO, TX    75093

CAPITAL ONE AUTO FINANCE
c/o AIS PORTFOLIO SERVICES, LP
PO BOX 4360
HOUSTON, TX    77210

CAPITAL ONE AUTO FINANCE
AIS PORTFOLIOSERVICES LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK    73118

CAPITAL ONE AUTO
AIS PORTFOLIO SERVICES, LP
4515 N SANTA FE AVE
OKLAHOMA CITY, OK    73118