| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Capital One Auto Finance, a division of Capital One, N.A.* | |
| In re:<br><br>Gisselle D. Pascal Debaez<br>*aka* Gisselle D. DeBaez<br>*aka* Gisselle Pascal-Baez<br>*aka* Gisselle Denisse Pascal Melo<br><br><div align="right">Debtor.</div> | Chapter 13<br><br>Case No. 24-12670-TBA<br><br>Judge Mark Edward Hall |

## NOTICE OF SATISFACTION OF CLAIM

As to Proof of Claim 7-1 ("Claim") filed on May 21, 2024, Creditor, Capital One Auto Finance, a division of Capital One, N.A., files this notice that the Claim has been satisfied. Creditor respectfully request that it receive no disbursements from the Chapter 13 Trustee.

Dated this 21st day of October 2025.

                                              Stewart Legal Group, P.L.
                                              Attorney for Capital One Auto Finance, a division of
                                              Capital One, N.A.

                              By:    */s/Gavin N. Stewart*
                                        Gavin N. Stewart, Esq.