UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 24, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gisselle D. Pascal Debaez

Case No.: 24-12670

Chapter: 13

Judge: TBA

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: October 24, 2025

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of ___Gisselle D. Pascal Debaez, Debtor___ for the reduction of time for a hearing on _Motion to Vacate Dismissal_____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___Wed, 10/28/25___ at __10 am__ in the United States Bankruptcy Court, ___50 Walnut Street, Newark, NJ 07102 via Court Solutions___, Courtroom No. ___3E___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _All creditors and their counsel if known; Parties having filed notice of appearances and their counsel if known; All interested parties and their counsel if known._

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☐ overnight mail,   ☐ regular mail,   ☒ email,   ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, **before noon\*** or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Chapter 13 Trustee and affected creditors._ **before noon\***

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

**9. Hearing will be held by phone - Judge Meisel: visit www.court-solutions.com or www.njb.uscourts.gov for more information.**

**\*\*Failure to properly serve may result in the Court denying the motion.**

*rev.1/12/22*

3