UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
973-696-8391
Jamal J Romero, Esq.
Email: jromero@scura.com
Counsel for Debtor

In Re:

Gisselle D. Pascal Debaez

Debtor.

Case No.: 24-12670-TBA

Chapter: 13

Adv. No.: 

Hearing Date: 10/28/2025 10:00AM

Judge: TBA

# CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtor in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On October 24, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Vacate Dismissal of Case, Brief, Debtor's Certification in Support of Motion, Exhibit A - Mod. Ch. 13 Plan, Exhibit B - Amended Sch. I and J and Proposed Order (Dkt.49); Order Granting Application to Shorten Time (Dkt.57)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 24, 2025

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550<br>Email: magecf@magtrustee.com | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Gisselle D. Pascal Debaez<br>36 Lake Street<br>East Orange, NJ 07017<br>Email: giselle_pascal@hotmail.com | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Capital One Auto Finance<br>Attn: President/CEO/Officer of the Institution<br>3901 Dallas Pkwy,<br>Plano, TX 75093<br>Email: stephanie.friswell@capitalone.com | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Gavin Stewart<br>Stewart Legal Group, P.L.<br>P.O. Box 340514<br>Tampa, FL 33694<br>Email: bk@stewartlegalgroup.com | Counsel for Secured Creditor Capital One Auto Finance \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Auto Finance,<br>A Division of Capital One NA<br>AIS Portfolio Services LP<br>Attn: President/CEO/Officer of the Institution<br>4515 N. Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK 73118<br>Email: ECFNotices@aisinfo.com | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| First Atlantic Federal Credit Union<br>Attn: President/CEO/Officer of the Institution<br>100 Monmouth Park,<br>West Long Bran, NJ 07764<br>Email: assetrecovery@fafcu.com | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100<br>Cherry Hill, NJ 08034<br>Email: rmcdowell@slgcollect.com | Counsel for Secured Creditor First Atlantic Federal Credit Union \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Thomas B. O'Connell, Esq.<br>Saldutti Law Group<br>1040 Kings Highway N.<br>Suite 100<br>Cherry Hill, NJ 08034<br>Email: toconnell@slgcollect.com | Counsel for Secured Creditor First Atlantic Federal Credit Union \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| M & T Bank<br>Pob 767 8,<br>Buffalo, NY 14240<br>Email: camanagement@mtb.com | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>Email: dcarlon@kmllawgroup.com | Counsel for Secured Creditor M & T Bank \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Internal Revenue Service<br>P.O. Box 7346,<br>Philadelphia, PA 19101<br>Email: sbse.cio.bnc.mail@irs.gov | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| State of New Jersey,<br>Division of Taxation<br>Compliance and Enforcement - Bankruptcy Unit<br>3 John Fitch Way, 5th Floor,<br>Po box 245, Trenton, NJ 08695<br>Email: NJTax.BNCnoticeonly@treas.nj.gov | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barclays Bank Delaware<br>Po Box 26182,<br>Wilmington, DE 19899<br>Fax: (302) 255-8277 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Fax_____<br>   (as authorized by the court *) |
| Capital One Financial Corp.<br>11013 W Broad Street,<br>Glen Allen, VA 23060<br>Fax: (888) 259-3021 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Fax_____<br>   (as authorized by the court *) |
| Discover Financial Services<br>Pob 15316,<br>Wilmington, DE 19850<br>Email: mrdiscpc@discover.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Nelnet Inc.<br>3015 Parker Rd,<br>Aurora, CO 80014<br>Email: ElectronicBkyDocs@nelnet.studentaid.gov | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PNC Bank<br>K A16 2j,<br>Kalamazoo, MI 49009<br>Email: Bankruptcy.Notices@pnc.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Synchrony Bank/Amazon<br>Po Box 981432,<br>El Paso, TX 79998<br>Email: customer.service@mail.synchronybank.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Synchrony Bank/TJX Rewards<br>Po Box 965015,<br>Orlando, FL 32896<br>Email: customer.service@mail.synchronybank.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>Email: resurgentbknotifications@resurgent.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541<br>Email: bankruptcy_info@prareceivables.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Bank NA<br>Bankruptcy Department<br>PO BOX 94982<br>Cleveland, OH 44101<br>Email: Bankruptcy.Notices@pnc.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Department of Education<br>c/o Nelnet<br>121 S 13th St, NE 68508<br>Email: ElectronicBkyDocs@nelnet.studentaid.gov | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*