UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 24, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gisselle D. Pascal Debaez

Case No.: 24-12670

Chapter: 13

Judge: TBA

ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: October 24, 2025

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of ___Gisselle D. Pascal Debaez, Debtor___ for the reduction of time for a hearing on _Motion to Vacate Dismissal_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____Wed, 10/28/25_____ at __10 am__ in the United States Bankruptcy Court, ____50 Walnut Street, Newark, NJ 07102 via Court Solutions____, Courtroom No. ___3E___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_All creditors and their counsel if known; Parties having filed notice of appearances and their counsel_

_if known; All interested parties and their counsel if known._____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☐ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order,ᵛ or **before noon***

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Chapter 13 Trustee and affected creditors.ᵛ_ **before noon***

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

**9. Hearing will be held by phone - Judge Meisel: visit www.court-solutions.com or www.njb.uscourts.gov for more information.**

**\*\*Failure to properly serve may result in the Court denying the motion.**

*rev.1/12/22*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12670-TBA |
| Gisselle D. Pascal Debaez | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

**Recip ID          Recipient Name and Address**
db                 + Gisselle D. Pascal Debaez, 36 Lake Street, East Orange, NJ 07017-1704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

**Name**                  **Email Address**

Denise E. Carlon
                          on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                          on behalf of Creditor Capital One Auto Finance  A Division of Capital One NA bk@stewartlegalgroup.com

Jamal J Romero
                          on behalf of Debtor Gisselle D. Pascal Debaez jromero@scura.com
                          dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com

Marie-Ann Greenberg
                          magecf@magtrustee.com

Rebecca K. McDowell
                          on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 24, 2025 | Form ID: pdf903 | Total Noticed: 1

Thomas B. O'Connell
        on behalf of Creditor First Atlantic Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7