Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  24−12670−TBA
                              Chapter:  13
                              Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gisselle D. Pascal Debaez
    aka Gisselle D. DeBaez, aka Gisselle
    Pascal−Baez, aka Gisselle Denisse Pascal
    Melo
    36 Lake Street
    East Orange, NJ 07017

Social Security No.:
    xxx−xx−0101

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on July 23, 2024.

    On the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable MARK E HALL on:

Date:                      December 3, 2025
Time:                    08:30 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 30, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12670-TBA |
| Gisselle D. Pascal Debaez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 30, 2025 | Form ID: 185 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gisselle D. Pascal Debaez, 36 Lake Street, East Orange, NJ 07017-1704 |
| 520191181 | | PNC Bank, K A16 2j, Kalamazoo, MI 49009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2025 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2025 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2025 21:05:43 | Capital One Auto Finance, A Division of Capital On, AIS Portfolio Services LP, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Oct 30 2025 20:54:11 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520191173 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 30 2025 20:54:00 | Barclays Bank Delaware, Po Box 26182, Wilmington, DE 19899-6182 |
| 520191174 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 30 2025 21:05:17 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 520195149 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2025 21:16:49 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520265025 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2025 21:16:52 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520191175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2025 21:17:01 | Capital One Financial Corp., 11013 W Broad Street, Glen Allen, VA 23060-6017 |
| 520191176 | | Email/Text: mrdiscen@discover.com | Oct 30 2025 20:53:00 | Discover Financial Services, Pob 15316, Wilmington, DE 19850 |
| 520195940 | | Email/Text: mrdiscen@discover.com | Oct 30 2025 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520191177 | | Email/Text: assetrecovery@fafcu.com | Oct 30 2025 20:54:00 | First Atlantic Federal Credit Union, 100 Monmouth Park, West Long Bran, NJ 07764 |
| 520785882 | + | Email/Text: rmcdowell@slgcollect.com | Oct 30 2025 20:54:11 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520191178 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2025 20:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 520255903 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2025 21:05:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520191179 | | Email/Text: camanagement@mtb.com | Oct 30 2025 20:54:00 | M & T Bank, Pob 767 8, Buffalo, NY 14240 |
| 520266004 | | Email/Text: camanagement@mtb.com | Oct 30 2025 20:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520191180 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 30 2025 20:55:00 | Nelnet Inc., 3015 Parker Rd, Aurora, CO 80014-2904 |
| 520255660 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 30 2025 20:53:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520256695 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2025 21:06:35 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520191182 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 30 2025 20:54:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520191183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2025 21:16:46 | Synchrony Bank/Amazon, Po Box 981432, El Paso, TX 79998-1432 |
| 520191184 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2025 21:05:57 | Synchrony Bank/TJX Rewards, Po Box 965015, Orlando, FL 32896-5015 |
| 520212198 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 30 2025 20:55:00 | US Department of Education c/o Nelnet, 121 S 13th St, 121 S 13th St, NE 68508-1904 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Capital One Auto Finance  A Division of Capital One NA bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Debtor Gisselle D. Pascal Debaez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.co |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 30, 2025 | Form ID: 185 | Total Noticed: 26 |

| | |
|---|---|
| | m;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Rebecca K. McDowell | |
| | on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas B. O'Connell | |
| | on behalf of Creditor First Atlantic Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7