| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on December 3, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>GISSELLE D. PASCAL DEBAEZ | Case No.:  24-12670TBA<br><br>Hearing Date:  12/3/2025<br><br>Judge:  TBA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 3, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.:  24-12670TBA

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 12/03/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $1,250.00 each and same must be received and posted by the Trustee by 12/17/2025 and 12/26/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that the Debtor must provide current pay stub by 12/17/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 1/7/2026 at 8:30 AM.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-12670-TBA
Gisselle D. Pascal Debaez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Dec 04, 2025  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gisselle D. Pascal Debaez, 36 Lake Street, East Orange, NJ 07017-1704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
  on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
  on behalf of Creditor Capital One Auto Finance  A Division of Capital One NA bk@stewartlegalgroup.com

Jamal J Romero
  on behalf of Debtor Gisselle D. Pascal Debaez jromero@scura.com
  dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Rebecca K. McDowell
  on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 04, 2025 | Form ID: pdf903 | Total Noticed: 1

Thomas B. O'Connell
    on behalf of Creditor First Atlantic Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7