Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−12670−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gisselle D. Pascal Debaez
   aka Gisselle D. DeBaez, aka Gisselle
   Pascal−Baez, aka Gisselle Denisse Pascal
   Melo
   36 Lake Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−0101

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/5/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: January 5, 2026
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12670-TBA |
| Gisselle D. Pascal Debaez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 05, 2026 | Form ID: 148 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gisselle D. Pascal Debaez, 36 Lake Street, East Orange, NJ 07017-1704 |
| 520191181 | | PNC Bank, K A16 2j, Kalamazoo, MI 49009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2026 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2026 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 06 2026 01:52:00 | Capital One Auto Finance, A Division of Capital On, AIS Portfolio Services LP, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 05 2026 21:08:00 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520191173 | + | EDI: TSYS2 | Jan 06 2026 01:52:00 | Barclays Bank Delaware, Po Box 26182, Wilmington, DE 19899-6182 |
| 520191174 | + | EDI: CAPONEAUTO.COM | Jan 06 2026 01:52:00 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 520195149 | + | EDI: AISACG.COM | Jan 06 2026 01:52:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520265025 | + | EDI: AISACG.COM | Jan 06 2026 01:52:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520191175 | + | EDI: CAPITALONE.COM | Jan 06 2026 01:52:00 | Capital One Financial Corp., 11013 W Broad Street, Glen Allen, VA 23060-6017 |
| 520191176 | | EDI: DISCOVER | Jan 06 2026 01:52:00 | Discover Financial Services, Pob 15316, Wilmington, DE 19850 |
| 520195940 | | EDI: DISCOVER | Jan 06 2026 01:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520191177 | | Email/Text: assetrecovery@fafcu.com | Jan 05 2026 21:09:00 | First Atlantic Federal Credit Union, 100 Monmouth Park, West Long Bran, NJ 07764 |
| 520785882 | + | Email/Text: rmcdowell@slgcollect.com | Jan 05 2026 21:08:00 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520191178 | + | EDI: IRS.COM | Jan 06 2026 01:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: 148 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 520255903 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 21:13:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520191179 | | Email/Text: camanagement@mtb.com | Jan 05 2026 21:09:00 | M & T Bank, Pob 767 8, Buffalo, NY 14240 |
| 520266004 | | Email/Text: camanagement@mtb.com | Jan 05 2026 21:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520191180 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 05 2026 21:09:00 | Nelnet Inc., 3015 Parker Rd, Aurora, CO 80014-2904 |
| 520255660 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2026 21:08:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520256695 | | EDI: PRA.COM | Jan 06 2026 01:52:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520191182 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 05 2026 21:08:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520191183 | + | EDI: SYNC | Jan 06 2026 01:52:00 | Synchrony Bank/Amazon, Po Box 981432, El Paso, TX 79998-1432 |
| 520191184 | + | EDI: SYNC | Jan 06 2026 01:52:00 | Synchrony Bank/TJX Rewards, Po Box 965015, Orlando, FL 32896-5015 |
| 520212198 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 05 2026 21:09:00 | US Department of Education c/o Nelnet, 121 S 13th St, 121 S 13th St, NE 68508-1904 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2026             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Capital One Auto Finance  A Division of Capital One NA bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Debtor Gisselle D. Pascal Debaez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.co |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 05, 2026 | Form ID: 148 | Total Noticed: 26 |

                                          m;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com;ralrehaili@s

Marie-Ann Greenberg

                                          magecf@magtrustee.com

Rebecca K. McDowell

                                          on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

Thomas B. O'Connell

                                          on behalf of Creditor First Atlantic Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com

U.S. Trustee

                                          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7