Form ntcrics − ntcreincsv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−12670−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gisselle D. Pascal Debaez
    aka Gisselle D. DeBaez, aka Gisselle
    Pascal−Baez, aka Gisselle Denisse Pascal
    Melo
    36 Lake Street
    East Orange, NJ 07017

Social Security No.:
    xxx−xx−0101

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

        Notice is hereby given that an order vacating dismissal of this case was entered on 3/4/26. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

        The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: March 4, 2026
JAN: km

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 24-12670-TBA

Gisselle D. Pascal Debaez                                                                Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                              Page 1 of 3

Date Rcvd: Mar 04, 2026                          Form ID: ntcrics                                        Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gisselle D. Pascal Debaez, 36 Lake Street, East Orange, NJ 07017-1704 |
| 520191181 | | PNC Bank, K A16 2j, Kalamazoo, MI 49009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2026 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2026 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2026 20:50:14 | Capital One Auto Finance, A Division of Capital On, AIS Portfolio Services LP, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Mar 04 2026 20:44:00 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520191173 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 04 2026 20:44:00 | Barclays Bank Delaware, Po Box 26182, Wilmington, DE 19899-6182 |
| 520191174 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 04 2026 20:49:45 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 520195149 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2026 20:50:25 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520265025 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2026 20:50:24 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520191175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 20:50:13 | Capital One Financial Corp., 11013 W Broad Street, Glen Allen, VA 23060-6017 |
| 520191176 | | Email/Text: mrdiscen@discover.com | Mar 04 2026 20:43:00 | Discover Financial Services, Pob 15316, Wilmington, DE 19850 |
| 520195940 | | Email/Text: mrdiscen@discover.com | Mar 04 2026 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520191177 | | Email/Text: assetrecovery@fafcu.com | Mar 04 2026 20:44:00 | First Atlantic Federal Credit Union, 100 Monmouth Park, West Long Bran, NJ 07764 |
| 520785882 | + | Email/Text: rmcdowell@slgcollect.com | Mar 04 2026 20:44:00 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520191178 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2026 20:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0312-2                    User: admin                              Page 2 of 3

Date Rcvd: Mar 04, 2026                 Form ID: ntcrics                         Total Noticed: 26

| | | | |
|---|---|---|---|
| 520255903 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 20:50:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520191179 | Email/Text: camanagement@mtb.com | Mar 04 2026 20:44:00 | M & T Bank, Pob 767 8, Buffalo, NY 14240 |
| 520266004 | Email/Text: camanagement@mtb.com | Mar 04 2026 20:44:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520191180 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 04 2026 20:44:00 | Nelnet Inc., 3015 Parker Rd, Aurora, CO 80014-2904 |
| 520255660 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2026 20:43:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520256695 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2026 20:50:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520191182 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 04 2026 20:43:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520191183 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 20:49:26 | Synchrony Bank/Amazon, Po Box 981432, El Paso, TX 79998-1432 |
| 520191184 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 20:50:12 | Synchrony Bank/TJX Rewards, Po Box 965015, Orlando, FL 32896-5015 |
| 520212198 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 04 2026 20:44:00 | US Department of Education c/o Nelnet, 121 S 13th St, 121 S 13th St, NE 68508-1911 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Capital One Auto Finance  A Division of Capital One NA bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Debtor Gisselle D. Pascal Debaez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.co |

m;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;MOueslati@scura.com;ralrehaili&#064

Marie-Ann Greenberg

magecf@magtrustee.com

Rebecca K. McDowell

on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

Thomas B. O'Connell

on behalf of Creditor First Atlantic Federal Credit Union toconnell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7