**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

GISSELLE D. PASCAL DEBAEZ

**Case No.:  24-12670**

**Adv. No.:**

**Hearing Date:**

**Judge:  MEH**

## CERTIFICATION OF SERVICE

1.  I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 04/30/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
GISSELLE D. PASCAL DEBAEZ
36 LAKE STREET
EAST ORANGE, NJ  07017
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  April 30, 2026

By:   /S/  Lauren O'Shea
Lauren O'Shea