Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–12670–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gisselle D. Pascal Debaez
  aka Gisselle D. DeBaez, aka Gisselle
  Pascal–Baez, aka Gisselle Denisse Pascal
  Melo
  36 Lake Street
  East Orange, NJ 07017

Social Security No.:
  xxx–xx–0101

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/26 at 10:00 AM

to consider and act upon the following:

**95** – Certification of Default of Standing Trustee. re: Fail to Retain Realtor Report. Filed by Marie–Ann Greenberg. Objection deadline is 5/14/2026. (Attachments: # 1 Certification of Default Generic – Proposed Order) (Greenberg, Marie–Ann)

**97** – Certification in Opposition to Certificate of Default (related document:95 Certification of Default of Standing Trustee. re: Fail to Retain Realtor Report. Filed by Marie–Ann Greenberg. Objection deadline is 5/14/2026. (Attachments: # 1 Certification of Default Generic – Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by Jamal J Romero on behalf of Gisselle D. Pascal Debaez. (Attachments: # 1 Certificate of Service) (Romero, Jamal)

Dated: 5/15/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court