Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−12670−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gisselle D. Pascal Debaez
  aka Gisselle D. DeBaez, aka Gisselle
  Pascal−Baez, aka Gisselle Denisse Pascal
  Melo
  36 Lake Street
  East Orange, NJ 07017

Social Security No.:
  xxx−xx−0101

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/26 at 10:00 AM

to consider and act upon the following:

**95** − Certification of Default of Standing Trustee. re: Fail to Retain Realtor Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/14/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

**97** − Certification in Opposition to Certificate of Default (related document:95 Certification of Default of Standing Trustee. re: Fail to Retain Realtor Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/14/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Jamal J Romero on behalf of Gisselle D. Pascal Debaez. (Attachments: # 1 Certificate of Service) (Romero, Jamal)

Dated: 5/15/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-12670-MEH

Gisselle D. Pascal Debaez                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2026 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

**Recip ID**        **Recipient Name and Address**
db        + Gisselle D. Pascal Debaez, 36 Lake Street, East Orange, NJ 07017-1704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Gavin Stewart
        on behalf of Creditor Capital One Auto Finance  A Division of Capital One NA bk@stewartlegalgroup.com

Jamal J Romero
        on behalf of Debtor Gisselle D. Pascal Debaez jromero@scura.com
        dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s

Marie-Ann Greenberg
        magecf@magtrustee.com

Matthew K. Fissel
        on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Rebecca K. McDowell
        on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

Thomas B. O'Connell

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 15, 2026                       Form ID: ntchrgbk                              Total Noticed: 1

on behalf of Creditor First Atlantic Federal Credit Union toconnell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7