**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    GISSELLE D. PASCAL DEBAEZ

Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-12670 MEH**

**Hearing Date:  6/3/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 4, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s):  GISSELLE D. PASCAL DEBAEZ

Case No.:  24-12670

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/03/2026 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must file an application to retain a realtor and listing agreement in support

  by 6/5/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further

  hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.