**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

  GISSELLE D. PASCAL DEBAEZ



Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-12670 MEH**

**Hearing Date:  6/3/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 4, 2026**

_____

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s):  GISSELLE D. PASCAL DEBAEZ

Case No.:  24-12670

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/03/2026 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must file an application to retain a realtor and listing agreement in support

  by 6/5/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further

  hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 24-12670-MEH

Gisselle D. Pascal Debaez                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                        Page 1 of 2

Date Rcvd: Jun 04, 2026                     Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Gisselle D. Pascal Debaez, 36 Lake Street, East Orange, NJ 07017-1704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Gavin Stewart
                                on behalf of Creditor Capital One Auto Finance  A Division of Capital One NA bk@stewartlegalgroup.com

Jamal J Romero
                                on behalf of Debtor Gisselle D. Pascal Debaez jromero@scura.com
                                dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s

Marie-Ann Greenberg
                                magecf@magtrustee.com

Matthew K. Fissel
                                on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Rebecca K. McDowell
                                on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

Thomas B. O'Connell

District/off: 0312-2                    User: admin                                Page 2 of 2
Date Rcvd: Jun 04, 2026                 Form ID: pdf903                        Total Noticed: 1

on behalf of Creditor First Atlantic Federal Credit Union toconnell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7