**SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP**
1 Harmon Meadow Blvd**,** Suite 201
Secaucus, NJ 07094
Tel.: (973) 435-0179
Jamal Romero, Esq.
jromero@scura.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* <br><br> GISSELLE D. PASCAL DEBAEZ <br><br> Debtor. | Case No.:  24-12670-MEH <br><br> Chapter 13 <br><br> Hon. Judge. Mark Edward Hall <br><br> Hearing Date: 07/15/2026 at 10:00 a.m. <br><br> *Oral Argument Not Requested Unless Timely Filed Objections* |

**SUPPLEMENTAL CERTIFICATION OF COUNSEL IN SUPPORT OF DEBTOR'S
APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Jamal Romero, being of full age, hereby certify as follows:

1. I am counsel for the Debtor in the above-captioned matter.

2. I submit this Supplemental Certification in support of the Debtor's Application for Retention of Professional and in response to the Limited Objection filed by the Chapter 13 Standing Trustee.

3. Following receipt of the Trustee's limited objection, I conferred with the proposed real estate professional, Marc Brenner, to clarify the issues raised by the Trustee.

4. Marc Brenner has confirmed that he is a disinterested person within the meaning of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor, the bankruptcy estate, or creditors with respect to the services for which his retention is sought.

5.  The Trustee also noted that the listing agreement references an additional one percent (1%) commission if another broker is involved. I confirmed that this provision is intended solely to reflect a commission split between participating real estate professionals where another broker is involved in the transaction. The provision is not intended to authorize any compensation beyond the commission set forth in the listing agreement.

6.  The Truste further noted that the listing agreement references "Marc and Matt" without identifying Matt's relationship to Marc Brenner.

7.  I confirmed that Matt is a real estate professional who works together with Marc Brenner in connection with the marketing and sale of real property.

8.  Any compensation payable to Matt is solely pursuant to the agreed commission-sharing arrangement between the participating real estate professionals and does not constitute improper fee sharing or result in any additional compensation being paid by the Debtor or the bankruptcy estate beyond the commission authorized under the listing agreement.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: July 15, 2026                                      */s/ Jamal J. Romero*
                                                         Jamal J. Romero