**SCURA, WIGFIELD, HEYER,
CAMMAROTA & GONZALEZ, LLP.**
1 Harmon Meadow Blvd. Ste 201
Secaucus, New Jersey 07094
Tel.: 973-435-0179
Jamal J. Romero, Esq.
Email: jromero@scura.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* | Case No. 24-12670 |
| GISSELLE D. PASCAL DEBAEZ, <br> Debtor. | Chapter 13 <br><br> Hearing Date: August 5, 2026 at 10:00AM <br><br> Judge: Hon. Mark E. Hall |

**CERTIFICATION OF SUPPORT OF**

**<u>RETENTION APPLICATION FOR PROFESSIONAL</u>**

Marc Brenner, being of full age, does hereby certify as follows:

1.      I am a licensed real estate agent in the state of New Jersey.

2.      I submit this supplemental certification in support of the Debtor's Application for Retention of Professional and in response to the Limited Objection filed by the Chapter 13 Standing Trustee.

3.      I am a disinterested person within the meaning of the Bankruptcy Code and do not hold or represent any interest adverse to the Debtor, the bankruptcy estate, or creditors with respect to the services for which my retention is sought.

4.      I will only split my commission between participating real estate professionals where another broker is involved in the transaction.

5.      Matt is a real estate professional who works together with me in connection with the marketing and sale of real property.

6.      Any compensation payable to me is solely pursuant to the agreed commission-sharing arrangement between the participating real estate professionals and does not constitute improper fee sharing or result in any additional compensation being paid by the Debtor or the bankruptcy estate beyond the commission authorized under the listing agreement.

I hereby certify that the foregoing statements made by me are true and I am aware that if any of them are willfully false that I am subject to punishment.

Date: July 29, 2026

_/s/ Marc Brenner_
Marc Brenner