UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Jamal J. Romero, Esq.
Email:jromero@scura.com
Counsel for Debtor.

In Re:
Gisselle D. Pascal Debaez
Debtor.

Case No.: 24-12670
Judge: MEH
Chapter: 13

**APPLICATION FOR RETENTION OF PROFESSIONAL**

1. The applicant, Gisselle D. Pascal Debaez, is the (check all that apply):

☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☒ Debtor: ☐ Chap. 11 ☒ Chap. 13

☐ Official Committee of ______________________________

2. The applicant seeks to retain the following professional Marc Brenner to serve as (check all that apply):

☐ Attorney for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ______________________________

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of ______________________________

☒ Other Professional:

☒ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): ______________________

3. The employment of the professional is necessary because:
Debtor needs assistance with the process of listing, contacting potential buyers and any other help provided by Realtor regarding the sale of the home located at 36 Lake Street East Orange, NJ 07017.

4. The professional has been selected because:
Realtor Marc Brenner has vast experience as a Realtor working with NestSeekers International.

5. The professional services to be rendered are as follows:
Professional will list and market the property located at 36 Lake Street East Orange, NJ 07017.

6. The proposed arrangement for compensation is as follows:
3% from the sale of the home.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: ______________________

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: ______________________________________________

______________________________________________

______________________________________________

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: 36 Lake Street East Orange, NJ 07017

______________________________________________

______________________________________________

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 8/18/2026

/s/ Gisselle D. Pascal Debaez
Signature of Applicant

*rev.8/1/15*