**SCURA, WIGFIELD, HEYER,**
**CAMMAROTA & GONZALEZ, LLP.**
1 Harmon Meadow Blvd. Ste 201
Secaucus, New Jersey 07094
Tel.: 973-435-0179
Jamal J. Romero, Esq.
Email: jromero@scura.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:*<br><br>GISSELLE D. PASCAL DEBAEZ,<br>Debtor. | Case No. 24-12670<br><br>Chapter 13<br><br>Hearing Date: September 2, 2026 at 10:00AM<br><br>Judge: Hon. Mark E. Hall |

**CERTIFICATION OF SUPPORT OF**

**RETENTION APPLICATION FOR PROFESSIONAL**

Marc Brenner, being of full age, does hereby certify as follows:

1. I am a licensed real estate agent in the state of New Jersey.

2. I submit this supplemental certification in support of the Debtor's Application for Retention of Professional and in response to the Limited Objection filed by the Chapter 13 Standing Trustee.

3. I will only split my commission between participating real estate professionals where another broker is involved in the transaction.

4. Matt Gray is a real estate professional who is employed by Net Seekers New Jersey LLC.

5. As direct employees of Net Seekers New Jersey, LLC we receive 3% individually if we bring the Buyer that consummates the sale.

6. If an outside broker brings the Buyer then the commission split is a total of 4% (2% for Net Seekers broker and 2% to the outside broker and brokerage house).

I hereby certify that the foregoing statements made by me are true and I am aware that if any of them are willfully false that I am subject to punishment.

/s/ *Marc Brenner*
Marc Brenner

Date: September 1, 2026