UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Jamal J. Romero, Esq.
Email: jromero@scura.com
Counsel for Debtor

**Order Filed on September 3, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Gisselle D. Pascal Debaez

Debtor.

Case No.: 24-12670

Chapter: 13

Judge: MEH

**ORDER AUTHORIZING RETENTION OF**

Marc Brenner

The relief set forth on the following page is **ORDERED**.

**DATED: September 3, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Marc Brenner as Real Estate Agent, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:
   NestSeekers International.
   140 Bay St, Suite 1
   Jersey City, NJ 07302.

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.